UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>FLATIRON ELECTRIC GROUP, INC., and DOES 1 THROUGH 10,<br><br>     Defendant. | CASE NO: 1:18-CV-00406-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br>(Doc. 9) |

Based upon the stipulation of counsel, the Court **ORDERS**:

    1.    The mandatory scheduling conference is continued to **August 3, 2018** at 8:45 a.m.[1]

IT IS SO ORDERED.

    Dated:  __June 22, 2018__              _____**/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] As indicated in the order setting mandatory scheduling conference (Doc. 3 at 2), counsel may appear by telephone.