# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKER'S PENSION FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> FLATIRON ELECTRIC GROUP, INC. et al., <br><br> Defendants. | Case No.: 1:18-cv-0406-AWI -JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 11) |

On July 27, 2018, the parties notified the Court that they "have agreed to settle this action in a manner that will dispose of the entire case." (Doc. 11 at 2) Therefore, the parties request the Court's Scheduling Conference be vacated. (*Id.*) Pursuant to Local Rule 160, the Court **ORDERS**:

1. The Stipulation of Dismissal **SHALL** be filed no later than **August 17, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 2, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE