**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKER'S PENSION FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>FLATIRON ELECTRIC GROUP, INC. et al.,<br><br>Defendants. | Case No.: 1:18-cv-0406-AWI -JLT<br><br>ORDER GRANTING AN EXTENSION OF TIME TO FILE A STIPULATION OF DISMISSAL<br><br>(Doc. 13) |

Previously, the parties notified the Court that the action had settled, and the Court ordered the parties to file a stipulation of dismissal no later than August 17, 2018. (Doc. 12) The parties now report they "are still finalizing the terms of the settlement, and request that the deadline for the parties to file the Stipulation of Dismissal be continued to August 24, 2018." (Doc. 13 at 2) Thus, the Court **GRANTS** the request for the extension of time to file the stipulated dismissal to **August 24, 2018.**

IT IS SO ORDERED.

Dated: __**August 15, 2018**__              __**/s/ Jennifer L. Thurston**__
                                                                    UNITED STATES MAGISTRATE JUDGE