# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLATIRON ELECTRIC GROUP, INC.,<br><br>Defendant. | Case No.: 1:18-cv-0406-AWI- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 15) |

On August 24, 2018, the parties filed a "Stipulation of Voluntary Dismissal," indicating the parties agreed that the "action is voluntarily dismissed, with prejudice as to all Defendants…" (Doc. 15 at 1-2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 27, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE